AO 91 (Rev. 11/11)  Criminal Complaint

AUSA:  Myra Din　　　　　Telephone: (313) 226-9653
Task Force Officer:  Stuart Martin　　　Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Douglas Buchannan

Case No.

Case: 2:24–mj–30063
Assigned To : Unassigned
Assign. Date : 2/22/2024
Description: COMP USA V. BUCHANNAN (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 20, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Stuart Martin, Task Force Officer (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  February 22, 2024

_____
Judge's signature

City and state:  Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Task Force Officer Stuart Martin, being duly sworn, do hereby state the following:

## I. INTRODUCTION

1. I am a sworn Police Officer for the Detroit Police Department and have been employed there for approximately ten years. I am currently a Federal Task Force Officer (TFO) assigned to the Firearms Investigation Team with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force, and have been since August of 2020. I have been assigned to investigate gang, narcotics and weapons offenses in the City of Detroit and surrounding areas. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have received extensive training at and successfully graduated from the Detroit Police Academy. I have personally investigated and assisted in numerous of cases, which lead to search warrants, arrests, prosecutions, and the seizure of quantities of

narcotics and firearms. I am also a graduate of University of Detroit Mercy where I earned a bachelor's degree in criminal justice.

3. During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug-trafficking violations, and offenses by criminal street gangs, among others. I have also authored numerous state search warrants and have been involved with the execution of the search warrants. In addition, I have utilized a variety of investigative techniques and resources as a Task Force Officer, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources. Through these investigations, my training and experience, and conversations with other agents and other law enforcement personnel, I have become familiar with firearms violations.

4. The information contained in this affidavit is based both on my investigation and information provided to me by or through other law enforcement agents, investigators, and individuals with knowledge of this matter.

2

5. This affidavit establishes probable cause that Douglas Tarrell BUCHANNAN violated 18 U.S.C. § 922(g)(1), by possessing a firearm as a convicted felon on February 20, 2024 in the Eastern District of Michigan. This affidavit sets forth probable cause that the offenses described were committed, but it does not include all information known to law enforcement related to this investigation.

## II. PROBABLE CAUSE

6. On Tuesday February 20, 2024, at approximately 8:40 pm, a Detroit police officer assigned to a plain-clothes undercover surveillance capacity within the 9th precinct special operations unit conducted surveillance at the Citgo gas station located at 13033 East 7 Mile. While conducting surveillance, the officer observed an individual, later identified as Douglas BUCHANNAN, standing near a Silver GMC pickup truck, bearing Michigan License plate EVB1471, parked at pump seven. The officer also observed the shape of what he believed was a firearm within the right waistband of BUCHANNAN'S pants concealed by a great sweatshirt.

7. The undercover surveillance officer notified members of the 9th precinct special operations unit of his observations over the radio. After hearing the radio transmission of an armed individual, Detroit police officers made their way to that location to investigate.

8. Prior to arriving at that location and investigating the scene, the undercover officer advised that BUCHANNAN had gotten into the silver GMC pickup and left the location. Responding officers, while enroute, ran the license plate of the Silver GMC pickup and discovered the registered owner of the vehicle was Douglass BUCHANNAN. The officers also ran BUCHANNAN within LEIN and discovered he did not possess a Concealed Pistol License (CPL). The undercover Officer observed BUCHANNAN and the silver GMC pickup until the responding officers conducted a traffic stop of the car at Pinewood street and Joann Avenue.

9. During the traffic stop, officers spoke with the driver and sole occupant, Douglass BUCHANNAN. Officers asked BUCHANNAN if he possessed a CPL and if there were any

firearms in the car. BUCHANNAN answered "no" to these inquiries.

10. Officers then asked BUCHANNAN to exit the car. Instead of complying, BUCHANNAN immediately sped away from the officers. Officers then observed Buchannan's car travel east on Pinewood Street and then south onto Hickory Street.

11. Officers called out the direction of travel and the description of the fleeing car. A short time later, other officers pulled up on the silver GMC pickup, which was parked in front of 19366 Hickory Street.

12. Officers noted that the car was unoccupied and parked on the wrong side of the street. Officers began exiting their scout car at that time and observed BUCHANNAN running into the backyard of 19366 Hickory Street. Officers followed BUCHANNAN and ordered him to stop. After a short foot pursuit, BUCHANNAN gave up on his flight and was taken into custody.

13. After officers escorted BUCHANNAN back to the scout car, they began conducting a search of the back yard of 19366 Hickory

5

Street. Michigan State Police K9 also arrived at that location to assist with the search. Officers advised MSP K9 during their deployment that the firearm was located within the backyard between 19366 Hickory Street and 19367 Pelkey Street.

14. Officers shortly thereafter located a firearm about 10 feet away from where BUCHANNAN was arrested. The firearm was a Black Glock 27 .40 caliber pistol bearing serial# VTH096 with a "Switch" or "MGCD (machine gun conversion device)" attached.

15. Officers described the firearm to have fresh dirt embedded into the frame, consistent with when a heavily weighted object is thrown into grass. The grass near where the gun was recovered was also freshly disturbed.

16. I later reviewed BUCHANNAN's computerized criminal history, which revealed that he has the following felony convictions in the state of Michigan:

   a.  1999 – 3rd Circuit Court, Detroit Michigan: Receiving and Concealing stolen property – Plead Guilty and sentenced to two (2) years probation.

   b.  1999 – 3rd Circuit Court, Detroit Michigan: Attempted

6

       Delivering/ Manufacturing less than 50 grams– Found Guilty and sentenced to two (2) years probation.

c.    1999 – 3rd Circuit Court, Detroit Michigan: Delivering/ Manufacturing less than 25 grams– Found Guilty and sentenced to 9 months confinement and three (3) years probation.

d.    1999 – 3rd Circuit Court, Detroit Michigan: Fleeing and Eluding 4th Degree– Found Guilty and sentenced to two (2) years probation.

e.    2002 – 3rd Circuit Court, Detroit Michigan: Delivering/ Manufacturing less than 25 grams– Found Guilty and sentenced to two (2) years probation.

f.    2003 – US Federal Court: Felon in Possession of Firearm: Guilty and sentenced to Forty (40) Months confinement with two (2) years supervised release.

g.    2006 – 3rd Circuit Court, Detroit Michigan: Two (2) counts of Delivering/ Manufacturing less than 25 grams– Plead Guilty and sentenced to eleven (11) months to four (4) years confinement.

  h.  2006 – US Federal Court: Felon in Possession of Firearm: Guilty and sentenced to eighteen (18) months confinement.

  i.  2009 – 3rd Circuit Court, Detroit Michigan: Weapons Felony Firearm– Plead Guilty and sentenced to two (2) years confinement.

  j.  2014 – 3rd Circuit Court, Detroit Michigan: Delivering/ Manufacturing less than 50 grams– Found Guilty and sentenced to six (6) months confinement and eighteen (18) months probation.

17. In sum, there is probable cause that BUCHANNAN was sentenced to serve more than one year in prison on several of his prior convictions and that he knew he had previously been convicted of an offense punishable by more than one year of imprisonment prior to the offense date listed in this affidavit.

18. On February 22, 2024, Special Agent Josh McLean an ATF Interstate Nexus Expert, advised, based on a verbal description of the firearm, without physically examining the firearm, that the Glock 27 .40 caliber pistol is considered a firearm as defined under 18 U.S.C. § 921, was manufactured outside the state of

Michigan and therefore, had traveled in and affected interstate commerce.

## CONCLUSION

19. Probable cause exists that Douglas BUCHANNAN, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year imprisonment, was in possession of the above-described firearm, and said firearm having traveled in or affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Stuart Martin
Task Force Officer, ATF

Sworn to before me in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

9